WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq. (SBN 167280)
Lukasz I. Wozniak, Esq. (SBN 246329)
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 477-9200
Email: lwozniak@wrightlegal.net

Attorneys for Defendant,
RESIDENTIAL CREDIT SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RONI VARDI<br><br>          Plaintiff<br><br>     vs.<br><br>RESIDENTIAL CREDIT SOLUTIONS INC.; CITIMORTGAGE, INC., and Does 1 through 50, inclusive,<br><br>          Defendant(s). | Case No.: 2:11-cv-05827-R-AJW<br><br>Assigned to: Hon. Manuel L. Real<br><br>**JUDGMENT OF DISMISSAL**<br><br>DATE: December 12, 2011<br>TIME: 10:00 a.m.<br>CRTRM: 8-2nd Floor<br><br>Complaint filed: December 13, 2010<br>First Amended Complaint filed: June 17, 2011 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendant RESIDENTIAL CREDIT SOLUTIONS, INC. ("Defendant") Motion to Dismiss the First Amended Complaint of plaintiff RONI VARDI came regularly for hearing on December 12, 2011 at 10:00 a.m., in Courtroom 8-2nd

Floor, of the above-entitled Court located at 312 N. Spring Street, Los Angeles, CA 90012, Hon. Manuel L Real presiding. Jonathan Fink of Wright Finlay & Zak, LLP appeared for Defendant. There was no appearance for Plaintiff.

    The Court, having considered the moving papers, the Court's file, and the matters subject to the request for judicial notice, good cause appearing therefor, has ordered as follows:

    Defendant's Motion to Dismiss is granted, with prejudice. This is a final judgment.

Dated: December 15, 2011        _____

                                      HON. MANUEL L. REAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
MEMORANDUM OF POINTS AND AUTHORITIES