Peter J. Van Zandt – SBN 152321
H. Paul Efstratis – SBN 242373
BLEDSOE, CATHCART, DIESTEL, PEDERSEN & TREPPA LLP
601 California Street, 16th Floor
San Francisco, CA 94108
Telephone: (415) 981-5411
Facsimile: (415) 981-0352

Attorneys for Defendants
CITIMORTGAGE, INC.

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RONI VARDI,<br><br>      Plaintiffs,<br><br>vs.<br><br>RESIDENTIAL CREDIT SOLUTIONS INC.; CITIMORTGAGE INC., and DOES 1 through 50, inclusive<br><br>      Defendants. | Case No.  CV11-5827-MLR<br><br>**JUDGMENT OF DISMISSAL OF DEFENDANT CITIMORTGAGE, INC.**<br><br>**Complaint Filed: December 13, 2010**<br>**FAC Filed:  June 17, 2011**<br><br>**Date:**    **December 12, 2011**<br>**Time:**    **10:00 a.m.**<br>**Dept:**    **8-2nd Floor**<br>**Judge:**    **Hon. Manuel L. Real** |

### TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Defendant CITIMORTGAGE, INC.'s ("Defendant") Motion to Dismiss the First Amended Complaint of plaintiff RONI VARDI ("Plaintiff") came regularly for hearing on December 12, 2011, in Courtroom 8-2nd Floor of the above-entitled Court located at 312 N. Spring Street, Los Angeles, CA 90012, Hon. Judge Manuel L. Real presiding. H. Paul Efstratis of Blesdoe, Cathcart, Diestel, Pedersen & Treppa, LLP appeared for Defendant. There was no appearance for Plaintiff.

1

**[PROPOSED] JUDGMENT OF DISMISSAL OF DEFENDANT CITIMORTGAGE, INC.**

1    The Court, having considered the moving papers, the Court's file, and the matters

2 subject to the request for judicial notice, good cause appearing, has ordered as follows:

3    **IT IS ORDERED** that:

4    Defendant's Motion to Dismiss is granted, with prejudice.  This is a final judgment.

5

6

7 Date: _Dec. 19, 2011__                    _____

8                                                    Hon. Judge Manuel L. Real

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2